IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JACOB STANTON ROMINE**                                                              **PLAINTIFF**

V.                                       **CASE NO. 5:24-CV-5184**

**WASHINGTON COUNTY PROSECUTOR'S OFFICE;**
**ARKANSAS DEPARTMENT OF JUSTICE;**
**FAYETTEVILLE ANIMINAL SHELTER; and**
**WASHINGTON COUNTY DETENTION CENTER**                        **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. It has been fourteen days, and no party filed objections to the R&R.

**IT IS ORDERED** that the R&R it is hereby **ADOPTED IN ITS ENTIRETY**. Pursuant to the provisions of 28 U.S.C. § 1915A(b), all claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim or because the case involves Defendants who are either immune from suit or not subject to suit under § 1983. The Clerk is directed to close the case.

**IT IS SO ORDERED** on this 17th day of October, 2024.

>  */s/ Timothy L. Brooks*
>  TIMOTHY L. BROOKS
>  UNITED STATES DISTRICT JUDGE